**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| GARRY D. GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00006-SNLJ |
| | ) | |
| CITY OF SIKESTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. On March 27, 2023, the Court denied plaintiff's motion for leave to proceed in forma pauperis, and gave plaintiff twenty-one days in which to pay the entire filing fee. (Docket No. 4). On April 17, 2023, the Court received plaintiff's payment.

Because plaintiff paid the full filing fee, neither the Court nor the United States Marshals Service performs service of process. Instead, plaintiff is responsible for serving defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall serve defendants pursuant to Federal Rule of Civil Procedure 4 **no later than ninety (90) days from the date of this order**. In the absence of good cause shown, failure to timely serve said defendants shall result in the dismissal of plaintiff's claims as to said defendants without prejudice.

Dated this 28th day of April, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE